## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

**Plaintiff(s)**

v.

LUIS A. FIGUEROA-RIJO

**Defendant(s)**

**Criminal No.**   04-170 (JAG)

### Order

The Court has reviewed Magistrate-Judge Justo Arenas Report and Recommendation re: Rule 11 Proceedings (Plea of Guilty) entered April 14, 2005 (Docket No. 153) with respect to defendant Luis Figueroa Rijo. Given that no objections were filed within the prescribed time limits, the Court finds that defendant has competently and voluntarily pled guilty and **fully adopts** the Report and Recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24th day of May, 2005.

S/Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
United States District Judge